08 CV 6792

MAHONEY & KEANE, LLP
Attorneys for Plaintiff
MTS LOGISTICS INC.
11 Hanover Square, Tenth Floor
New York, NY 10005
Tel (212) 385-1422
File No. 12/3551/B/08/3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MTS LOGISTICS INC.,

        Plaintiff(s),

-against-

MODEL TILE & MARBLE INC.,

        Defendant(s).

08-cv-



RULE 7.1 STATEMENT

Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MTS LOGISTICS INC. certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York

      July 25, 2008

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiffs
                              MTS LOGISTICS INC.

             By: _____
                              Jorge A. Rodriguez