# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 6792                                              Date Filed: _____

Plaintiff:
**MTS Logistics, Inc.,**

vs.

Defendant:
**Model Tile & Marble, Inc.,**

For:
Guaranteed Subpeona Service, Inc.
Guaranteed Subpeona Service, Inc
2009 Morris Ave
Union, NJ  07083

Received these papers on the 31st day of July, 2008 at 6:17 pm to be served on **Model Tile & Marble, Inc., 3557 Plover Avenue, Unit 3-4, Naples, FL 34117**.

I, Lawrence Mudd Jr., being duly sworn, depose and say that on the **11th day of August, 2008** at **9:40 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Scott Holderman** as **Operations Manager** for **Model Tile & Marble, Inc.**, at the address of: **3557 Plover Avenue, Unit 3-4, Naples, FL 34117**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
The owner of Model Tile is currently in Romania. He won't be back for 30 days.

I certify that I am over the age of 18 and have no interest in the above action.

30 YEARS OLD, WHITE MALE 6'3", 175 LBS, SHORT BROWN HAIR, NO GLASSES.

Subscribed and Sworn to before me on the 11th day
of August, 2008 by the affiant who is personally known
to me.

_____
NOTARY PUBLIC

Lawrence Mudd Jr.
Process Server
157219

Our Job Serial Number: 2008001018
Ref: MTS Logistics, Inc

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2b

JM